**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Attorneys for Plaintiffs

| | |
|---|---|
| NISSAN WORLD, LLC, DENVILLE NISSAN, INC., PARKWAY FORD, INC., STATELINE FORD, INC. d/b/a FORD & HYUNDAI WORLD, FORD WORLD, LLC d/b/a CONDIT FORD, TOYOTA WORLD LLC d/b/a CONDIT TOYOTA, and LAKEWOOD TOYOTA d/b/a TOYOTA WORLD OF LAKEWOOD, <br><br>Plaintiffs, <br><br>v. <br><br>MARKET SCAN INFORMATION SYSTEMS, INC. and WELLS FARGO FINANCIAL LEASING, INC. <br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CIVIL ACTION NO. 05-02839 (JAG) <br><br>Civil Action <br><br>**ORDER** <br><br>**ORDER ON ORAL MOTION** |

THIS MATTER having been brought before the Court by Charles A. Gruen, Esq.,

attorney for Defendant, Wells Fargo Financial Leasing, Inc. ("Wells Fargo"), for entry of an

38521/0002-1503188v1

Order severing Wells Fargo's counterclaims from this litigation and for leave to file a Third-Party Complaint; and the Court having considered the opposition thereto;* and for good cause shown;

IT IS on this 12 day of June, 2007,

ORDERED that Wells Fargo's motion for an Order severing its counterclaims from this litigation and for leave to file a Third-Party Complaint is ~~DENIED~~ dismissed without prejudice. Wells Fargo can refile, if necessary, after completion of arbitration.

_____
Hon. ~~Joseph A. Greenaway~~, Jr., U.S.D.J.
M Cox tileo M

* and it appearing that plaintiff and Marketscan are participating in arbitration, which is ongoing

2

38521/0002-1503188v1